IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Harvey, Alfreda | Case Number: 04 B 29646 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 5/27/08 | Filed: 8/10/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 21, 2008
Confirmed: October 13, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,955.00 | |
| Secured: | | 1,222.16 |
| Unsecured: | | 1,977.38 |
| Priority: | | 4,122.42 |
| Administrative: | | 2,105.20 |
| Trustee Fee: | | 511.29 |
| Other Funds: | | 16.55 |
| Totals: | 9,955.00 | 9,955.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,105.20 | 2,105.20 |
| 2. | American General Finance | Secured | 1,222.16 | 1,222.16 |
| 3. | Internal Revenue Service | Priority | 4,122.42 | 4,122.42 |
| 4. | World Financial Network Nat'l | Unsecured | 11.99 | 11.99 |
| 5. | Internal Revenue Service | Unsecured | 2.77 | 2.77 |
| 6. | World Financial Network Nat'l | Unsecured | 48.01 | 48.01 |
| 7. | American General Finance | Unsecured | 109.89 | 109.89 |
| 8. | Specialized Management Consultants | Unsecured | 269.35 | 269.35 |
| 9. | ECast Settlement Corp | Unsecured | 338.69 | 338.69 |
| 10. | ECast Settlement Corp | Unsecured | 1,012.96 | 1,012.96 |
| 11. | World Financial Network Nat'l | Unsecured | 30.26 | 30.26 |
| 12. | Resurgent Capital Services | Unsecured | 153.46 | 153.46 |
| | | | $ 9,427.16 | $ 9,427.16 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 107.23 |
| 4% | 33.01 |
| 3% | 24.77 |
| 5.5% | 105.87 |
| 5% | 55.00 |
| 4.8% | 78.11 |
| 5.4% | 107.30 |
| | $ 511.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Harvey, Alfreda

Printed:  5/27/08

Case Number:  04 B 29646
Judge:  Squires, John H
Filed:  8/10/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

